# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            NO. 4:05CR00213-004 SWW

ARMIN COLLINS

## ORDER

Defendant appeared before the Court on September 18, 2006, for a change of plea hearing after being taken into custody previously by Magistrate Judge John F. Forster, Jr. After such hearing, the Court found that defendant should be released from custody.

IT IS THEREFORE ORDERED that defendant be, and he hereby is, released from custody immediately but shall be in home detention at the home of his mother, Mary Collins, at 4201 W. 14th Street in Little Rock, Arkansas.

IT IS FURTHER ORDERED that defendant shall abide by the conditions of release previously ordered with continued drug screening, report to the Probation Office as directed and he shall not leave his residence without permission of the Probation Office.

Defendant shall execute bond papers again and is reminded that all other conditions of release which were previously imposed shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 19th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE