### *IN THE UNITED STATES DISTRICT COURT*
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00128-001 SWW

MICHAEL HARRIS

#### ORDER

Pending before the Court is defendant's motion for reconsideration of his motion filed pursuant to 18 U.S.C. §4241(a) to determine his present mental competency and competency at the time of the alleged offense. The government did not object to defendant's motion requesting an evaluation. However, defendant's motion is untimely pursuant to 18 U.S.C. §4244(a), so the Court will order a psychological examination on its own motion, as there is reasonable cause to believe that defendant might be suffering from a mental disease or defect. Therefore, defendant's motion for reconsideration is denied as moot.

IT IS THEREFORE ORDERED that the defendant Michael Harris be examined by a qualified psychiatrist or psychologist under the provisions of 18 U.S.C. §4247 to determine whether he is suffering from mental disease or defect.

IT IS FURTHER ORDERED:

(1) That the United State Marshal for the Eastern District of Arkansas transport defendant Michael Harris from his place of confinement to the custody of the Attorney General, or his authorized representative, for at least 30 days, or for such period of time necessary for the evaluation, such period not to exceed 45 days, to undergo a psychological

examination pursuant to 18 U.S.C. §4247; and that upon completion of the evaluation, defendant shall be returned to the Eastern District of Arkansas and returned to his place of confinement;

(2) That the facility conducting such examination file a report of same with this Court with copies to counsel for defendant, Lisa G. Peters, Federal Public Defenders Office, The Victory Building, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201, and the attorney for the government, Joseph James Volpe, U. S. Attorney's Office, Post Office Box 1229, Little Rock, AR 72203-1229.

(3) That once the report has been received, the Court will schedule a hearing and consider any recommendation the examiner may have as to how the mental condition of defendant should affect his sentence.

IT IS SO ORDERED this 10th day of October, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE