# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                        NO. 4:05CR00128-001 SWW

MICHAEL HARRIS                                              DEFENDANT

## **ORDER**

The above entitled cause came on for hearing January 21, 2015 on government's petition to revoke the supervised release [doc #46] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the testimony of witnesses and statements of counsel and defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *SEVENTEEN (17) MONTHS* in the custody of the Bureau of Prisons to run concurrently with any state sentence that might be imposed for the September 22, 2014, Breaking & Entering charge now pending in state court. The Court recommends that defendant participate in a non-residential substance abuse treatment and in mental health counseling during incarceration.

There will be a term of *TWO (2) YEARS* of supervised release following the term of incarceration with the following conditions:

1.       Defendant shall follow all standard conditions of supervised release.

2. Following incarceration, defendant shall be placed in a residential substance abuse treatment program for a period of *THIRTY (30) DAYS* to be followed by chemical free living, under the guidance and supervision of the U. S. Probation Officer.

3. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include drug testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of supervised release.

4. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is remanded to custody.

IT IS SO ORDERED this 21st day of January 2015.

/s/Susan Webber Wright

United States District Judge