

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 1 2018

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

UNITED STATES OF AMERICA

v.

MICHAEL E. HARRIS

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:05CR00128-001

USM No. 21621-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    2,3 7 and 8 _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Unlawful possession of a controlled substance | 07/25/2018 |
| 3 | Use of a controlled substance | 07/25/2018 |
| 7 | Failure to participate in substance abuse treatment program | 06/06/2017 |
|   | and use of alcohol throughout the course of treatment | |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8207

Defendant's Year of Birth:    1967

City and State of Defendant's Residence:
Dumas, AR

09/11/2018
_____
Date of Imposition of Judgment

*Susan Webber Wright*
_____
Signature of Judge

Susan Webber Wright, U.S. District Judge
_____
Name and Title of Judge

09-11-2018
_____
Date

DEFENDANT:  MICHAEL E. HARRIS
CASE NUMBER:  4:05CR00128-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 8 | Failure to reside and participate in a residential reentry center at the City of Faith in Little Rock, AR when placement is established until the defendant's supervised release expires on 08/7/2018. | 05/28/2018 |

DEFENDANT: MICHAEL E. HARRIS
CASE NUMBER: 4:05CR00128-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**12 months.**

☑  The court makes the following recommendations to the Bureau of Prisons:

**The court recommends that the defendant participate in residential substance abuse treatment and mental health treatment during incarceration.**

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to  _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL